AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

|  |  |  |
|---|---|---|
| JOSE GARCIA and JUAN MORALES on behalf of themselves and others similarly situated, | ) ) ) ) |  |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No.  25-cv-00390-SIL |
| GIUSEPPE MAGNOTTA, VINCENT SORRENTINO, ATLANTIC PIZZA INC., ABC CORP. d/b/a ANGELINA'S PIZZA & RESTAURANT, | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GIUSEPPE MAGNOTTA, 23 Atlantic Avenue, Lynbrook, NY, 11563

VINCENT SORRENTINO, 23 Atlantic Avenue, Lynbrook, NY, 11563

ATLANTIC PIZZA INC., 23 Atlantic Avenue, Lynbrook, NY, 11563
ABC CORP. d/b/a ANGELINA'S PIZZA & RESTAURANT,23 Atlantic Avenue, Lynbrook, NY, 11563

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcus Monteiro, Esq.
Monteiro & Fishman LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  1/23/2025



*Sandra Felgueiras*
*Signature of Clerk or Deputy Clerk*